in war or national emergency, we have jurisdiction to prevent him from doing so, at least where Congress has not precluded such jurisdiction. See *Harmon* v. *Brucker,* 355 U. S. 579, 581–583.

I would continue the stays until the merits of this important controversy can be resolved.

No. 606. CLEAVER ET AL. *v.* JORDAN, SECRETARY OF STATE OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Charles A. Barrett,* Assistant Attorney General, and *Jefferson Frazier,* Deputy Attorney General, for respondent.

OCTOBER 8, 1968.

No. 145, Misc. THOMAS *v.* UNITED STATES. C. A. D. C. Cir. Petition for writ of certiorari dismissed October 8, 1968, pursuant to Rule 60 of the Rules of this Court.

No. 613. MCARTHUR ET AL. *v.* CLIFFORD, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Application for stay denied. *Philip J. Hirschkop* for applicants.

OCTOBER 11, 1968.

No. ——. SULLIVAN ET AL. *v.* CUSHMAN ET AL. D. C. Mass. Motion for stay, referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the stay. *Moses M. Falk* on the motion. *Solicitor General Griswold* for respondents in opposition.